Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY MOORE, as an individual and on behalf of all other similarly situated,

Plaintiff(s),

v.

C,R, ENGLAND, INC., a corporation, and DOES 1 through 50, INCLUSIVE

Defendant(s).

CASE NO. C09-01814-BZ

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

R. JAY TAYLOR JR. , an active member in good standing of the bar of the state of Indiana whose business address and telephone number (particular court to which applicant is admitted)
is R. Jay Taylor Jr. (jtaylor@scopelitis.com)
SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.
10 W. Market St., Suite 1500
(317) 637-1777; (317) 687-2414 fax , having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing C.R. England, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: 28, May 2009

*[signature]*
BERNARD ZIMMERMAN
United States Magistrate Judge

United States District Court
For the Northern District of California